UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: _____

| | | |
|---|---|---|
| GREEN TREE SERVICING, LLC<br>Plaintiff, | )<br>)<br>) | **NOTICE OF REMOVAL**<br>*(Diversity – 28 U.S.C. 1332)* |
| vs. | )<br>) | |
| MARC WEINBERGER, *et. al*<br>Defendant. | )<br>)<br>) | |

## NOTICE OF REMOVAL

1. This action was commenced in the 17th Judicial Circuit in and for Broward County, Florida, entitled *Green Tree Servicing, LLC* (hereinafter "Green Tree"), Plaintiff, vs. *Marc Weinberger, et. al.*, Defendant, under case number **CACE 14-004643**. A copy of the state court complaint reflecting the "amount in controversy" on its face is attached hereto as *Exhibit A*.

2. A copy of the processes, pleadings, and orders served upon defendant in the state court action are attached hereto as *"Exhibit B"*.

3. This is a civil action of which this Court has original jurisdiction under **28 U.S.C. §1332** – *Diversity Jurisdiction;* and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states.

4. Defendant is informed and believes that plaintiff, Green Tree, was, at the time it filed the state court action, and still is, a corporation, incorporated in the State of Arizona and/or maintains its principle place of business in Tempe, Arizona. Additionally, all named

1

Defendants, including myself, Marc Weinberger were all, at the time Green Tree filed the state court action, and still are, citizens of Florida.

5. In this case it is alleged that a business entity Plaintiff, Green Tree acted without authority when it opposed Defendant's May 9, 2022 Objection to Sale that was filed in a Florida State Court knowing that the State Court lacked subject-matter jurisdiction as stipulated in, 28 U.S.C. 1332(b) Diversity of Citizenship. A copy of Defendant's May 9, 2022 Objection to Sale and Plaintiff's May 18, 2022 opposition to same, are attached hereto.

6. Clearly, Plaintiff's current principal place of business is in Tempe, Arizona. Thus Plaintiff is not, and never was a citizen of the State of Florida, while all of the named defendants are citizens of the State of Florida, which constitutes Diversity of Citizenship.

**WHEREFORE**, Defendant Marc Weinberger, respectfully request that Defendant's May 9, 2022 Objection to Sale and Plaintiff's May 18, 2022 Response to same, now pending in the Circuit Court for the Seventeenth Judicial Circuit in and for Broward County, Florida, be removed to this United States District Court for the Southern District of Florida, Fort Lauderdale Division.

_____, May 23, 2022
Marc Weinberger
12170 SW 51st Court
Fort Lauderdale, Florida 33330